UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO HARVEY GRAY,<br><br>　　　　Defendant. | 2:12-cr-034-JCM-GWF<br><br>ORDER |

The Court granted the Federal Public Defender's sealed "Ex-Parte Motion to Withdraw and Appointment of New Counsel" (#12) on March 5, 2012. Therefore;

IT IS HEREBY ORDERED that Osvaldo E. Fumo, Esq. is appointed as counsel for Antonio Harvey Gray in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Fumo forthwith.

DATED this 5th day of March, 2012.

Nunc Pro Tunc Date: February 28, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge